UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| Plaintiffs, Emmanuel Gazmey-Santiago, et.al.,<br><br>v.<br><br>Defendants, Carlos Suarez, et.al., | CIVIL NO 17-cv-1650(ADC) |

**NOTICE OF ISSUANCE OF SUMMONS**

Notice is hereby given that Summonses have been electronically issued on an expedited basis.  Summonses have been securely signed and sealed.  Counsel <u>must print</u> all summonses and follow the service requirements set forth by the Rules of Civil Procedure.  Electronic issuance of Summonses should **not** be construed as authorizing electronic service.

To request paper copies, please contact the Clerk's Office at (787)772-3000.

In San Juan, Puerto Rico, this 17th day of May, 2017.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

By: s/ Antonio Rodriguez
      Deputy Clerk